UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LOCKHEED MARTIN CORPORATION,

Plaintiff,

-vs-                                                        Case No. 6:03-cv-796-Orl-28KRS

THE BOEING COMPANY, McDONNELL
DOUGLAS CORPORATION, BOEING
LAUNCH SERVICES, INC., WILLIAM
ERSKINE, KENNETH BRANCH, and
LARRY SATCHELL,

Defendants.

_____

## ORDER

This case is before the Court on the Joint Motion of Lockheed Martin Corporation and The Boeing Company, McDonnell Douglas Corporation and Boeing Launch Services, Inc. to Stay Proceedings (Doc. 840, filed May 4, 2005).

The Court acknowledges that Lockheed Martin and Boeing have entered into a Joint Venture Agreement ("JV Agreement") that will, upon the closing of the transactions contemplated thereby (the "Closing") resolve all of Lockheed Martin's claims against Boeing and the other Defendants; resolve all of Boeing's counterclaims against Lockheed Martin; and result in the dismissal with prejudice of Lockheed Martin's Amended and Supplemental Complaint and Boeing's Counterclaim. Accordingly, in order to allow the parties the time that they need to consummate the transaction contemplated by the JV Agreement, it is **ORDERED** that:

A. This action is hereby **ADMINISTRATIVELY CLOSED** and the parties are relieved of all obligations established by the October 21, 2003 Case Management and Scheduling Order (Doc. 107) or by any subsequent order of this Court or by rule, including all dates for discovery deadlines and decisions, appeal or objection deadlines, filing of motions, decisions on pending motions, and hearing deadlines.

B. All pending motions are **DENIED as moot** but may be renewed by the parties should this case be reopened in the future.

C. Lockheed Martin and Boeing are hereby ordered to submit a report to this Court not later than November 18, 2005, on the status of the proceedings necessary for the Closing of the transactions contemplated by the JV Agreement.

D. Lockheed Martin and Boeing are hereby ordered to notify this Court of the Closing of the transactions contemplated by the JV Agreement within three (3) business days of such event and concurrently therewith to file with the Court the appropriate pleadings to effectuate the full and final dismissal with prejudice of Lockheed Martin's Amended and Supplemental Complaint, Boeing's Counterclaim and this action in its entirety.

E. If the JV Agreement is terminated (in accordance with its terms) prior to April 1, 2006, or if the Closing does not occur prior to April 1, 2006, Lockheed Martin or Boeing may petition this Court for entry of an order reopening this case, amending the Case Management Order and adjusting the deadlines set forth therein and all other dates and deadlines, including all dates for discovery deadlines and decisions, appeal or objection deadlines, filing of motions, decisions on pending motions, hearing deadlines, and all pretrial

and trial dates, and setting a case management and status conference to discuss such additional matters that the Court deems appropriate.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___5___ day of May, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party